# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132486
132487

TIMOTHY EGELER, Personal
Representative of the Estate of
Dorothy Egeler, Deceased,
          Plaintiffs-Appellees,

v

BRADFORD WYLIE, M.D., and
CHELSEA AREA PRIMARY
CARE, PLLC,
          Defendants-Appellants.

SC: 132486, 132487
COA: 272740, 272742
Washtenaw CC: 06-000014-NH

_____/

On order of the Court, the application for leave to appeal the October 6, 2006 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk